IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CRAIG MORGAN and JALESSEY POOLE,

    Plaintiffs,

v.                                                      Case No. 5:24-cv-12-AW-MJF

BAY COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 7) and incorporate it into this order. Plaintiffs have not complied with court orders, and they have not objected to the recommendation to dismiss on that basis. They appear to have abandoned their case.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on June 6, 2024.

                                                      s/ *Allen Winsor*
                                                      United States District Judge